PS 8(9/03)

# UNITED STATES DISTRICT COURT

For

DISTRICT OF OREGON         ORIGINAL

U.S.A vs. Angelina Nicole Pintor-Schindler          Docket No. 3:22CR00197

U.S. MARSHALS SERVICE JAN 12 '23 12:31PM

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Angelina Nicole Pintor-Schindler | 7/24/2002 | F | W | 20 |

ADDRESS

4813 Northeast 13th Avenue, Portland, Oregon 97211

TO BE BROUGHT BEFORE

U.S. District Court, Portland, Oregon

| MELISSA AUBIN | s/J. Prowell | 01/12/2023 |
|---|---|---|
| CLERK | (BY) Deputy Clerk | DATE |

### RETURN

Warrant received and executed.    DATE RECEIVED          DATE EXECUTED

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

DATE 01/18/2023
ARRESTED BY USMS

U.S. MARSHAL

BY E. CATER